UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
Roy Den Hollander,

        Plaintiff on behalf of himself
        and all others similarly situated,

        -against-

Members of the Board of Regents of the University of the State of
    New York, in their official and individual capacities;
Chancellor of the Board of Regents, Merryl H. Tisch, in her official
    and individual capacity;
New York State Commissioner of the Department of Education,
    David M. Steiner, in his official and individual capacity;
Acting President of the New York State Higher Education Services
    Corp., Elsa Magee, in her official and individual capacity;
U.S. Department of Education; and
U.S. Secretary of Education, Arne Duncan, in his official capacity;

        Defendants.
-----------------------------------------------------------------------x

Docket No. 10 CV 9277

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           ) ss:
COUNTY OF NEW YORK )

I, Alan Flacks, being duly sworn, depose and say:

I am not a party in this action, am over the age of 18 years, and reside in New York County, New York. I personally served on the following defendants on the dates and at the addresses indicated one copy of the Summons and Complaint:

    1. U.S. Department of Education and Arne Duncan, U.S. Secretary of Education, served at the U.S. Attorney for the Southern District of N.Y., 86 Chambers Street, New York, N.Y. —3rd floor 10007, on 13 — Dec., 2010,

    2. a 3.
    2. 3. New York State Attorney General served at Office of the Managing Attorney and Civil Rights Bureau, 120 Broadway, New York, N.Y. 10271, on 13th December, 2010,
24th floor

    I also mailed by certified U.S. post with return receipt requested in an envelope with postage paid one copy of the summons and complaint by depositing such at the Church Street

P.O., 90 Church St. NY, NY Post Office to the following with the envelopes to the New York State defendants marked on the front in capital letters, "URGENT LEGAL MAIL":

1. U.S. Attorney General Eric H. Holder
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001

2. a.f. Arne Duncan
   U.S. Secretary of Education
   Dept of Education
   400 Maryland Avenue, SW
   Washington, DC 2020

3. a.f. Merryl H. Tisch, Chancellor
   New York State Board of Regents
   89 Washington Avenue
   Albany, NY 12234

4. a.f. David M. Steiner, Commissioner
   N.Y. Dept. of Education
   89 Washington Avenue
   Albany, NY 12234

5. a.f. Elsa Magee, Pres.
   N.Y. Higher Education Services Corp.
   89 Washington Avenue
   Albany, NY 12234

Sworn to before me on the
13th day of ~~September~~ 2010
December

_____
Mekhtiyev. D.
Notary Public

_____
Alan Flacks

ILYA MEKHTIYEV
NOTARY PUBLIC STATE OF NEW YORK
KINGS COUNTY
LIC. #01ME6227281
COMM. EXP. 08/30/14