UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
Roy Den Hollander,                                             :
:
                    Plaintiff(s),                 :
:
  -v-                                                          :
:
Members of the Board of Regents of the University of           :
the State of New York et al.,                                  :
                                                               X
                    Defendant(s).
--------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 2 DEC 2010

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

10 Civ. 9277 (LTS)(HBP)

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:_____ |
| | | | All such motions: _X_ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  New York, New York
        December 21, 2010

                                              LAURA TAYLOR SWAIN
                                              United States District Judge

Copies mailed/faxed to _____
Chambers of Judge Swain
12-22-10