UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ROY DEN HOLLANDER,

              Plaintiff,

        -against-                    10 Civ. 9277 (LTS) (HP)
                                         ECF case

MEMBERS OF THE BOARD OF
REGENTS OF THE UNIVERSITY OF      **NOTICE OF APPEARANCE**
THE STATE OF NEW YORK, in their
official and individual capacities, *et al.*,

             Defendants.
------------------------------------------------------X

      PLEASE TAKE NOTICE that the Attorney General of the State of New York, by the undersigned, hereby appears as attorney of record for defendants Members of the Board of Regents of the University of the State of New York; Merryl Tisch, Chancellor of the Board of Regents; Commissioner David M. Steiner of the New York State Education Department ("SED"); and Elsa Magee, Acting President of the New York State Higher Education Services Corporation ("HESC"), collectively the "State Defendants," and that his address and telephone number are set forth below.

Dated: New York, New York
       January 3, 2011

                                                    ERIC T. SCHNEIDERMAN
                                                    Attorney General of the
                                                     State of New York
                                                    Attorney for Defendants
                                                    By:
                                                          /s/
                                                   _____
                                                   CLEMENT J. COLUCCI
                                                   Assistant Attorney General
                                                   120 Broadway
                                                   New York, New York 10271

(212) 416-8634
Clement.Colucci@ag.ny.gov

TO: Roy Den Hollander, Esq.
Plaintiff pro se
545 East 14th Street, 10D
New York, New York 10009