



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

212-416-8634



ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

December 30, 2010

Honorable Henry Pitman
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
1-3-11

Re: **Hollander v. Members of the Board of Regents, et al.,**
10 Civ. 09277 (LTS) (HP)

Your Honor:

This Office represents the Board of Regents of the University of the State of New York; its Chancellor, Merryl Tisch; David Steiner, Commissioner of New York State Education Department; and Elsa Magee, Acting President of the New York State Higher Education Services Corporation, collectively the State Defendants. The State Defendants' response to the complaint is currently due January 3, 2011, and they respectfully request that their time to respond be extended for an additional two weeks, to January 17, 2011. There have been no previous requests for an adjournment, and plaintiff has consented to this request.

Thank your for your consideration in this matter.

Respectfully submitted,

Clement J. Colucci
Assistant Attorney General

cc:   Roy Den Hollander, Esq.

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-6075 * Not For Service of Papers
http://www.oag.state.ny.us