Employer is CAPS, Inc. 400 N. Skokie Blvd., Suite 460 Northbrook, IL 60062 FEIN #36-2492285
Inquiries call 3-5pm EST Mon - Fri at 847-480-9052

| Dept | Emp. No | Employee Name | Social Security No | Pay Period | Check Date | Check No |
|---|---|---|---|---|---|---|
| EN | *****  | ROY D HOLLANDER | ***-**-  | 12/03/2010 - 12/03/2010 | 12/14/2010 | 800150255 |

| Deductions | Current Amount | YTD Amount | Deductions | Current Amount | YTD Amount | | |
|---|---|---|---|---|---|---|---|
| FICA | 6.71 | 89.88 | | | | Current Taxable | 108.18 |
| Medicare | 1.57 | 21.02 | | | | Current Non-Tax | 0.00 |
| Federal W/H | | 5.63 | | | | Current Earnings | 108.18 |
| NY - State W/H | | 1.53 | | | | Current Deductions | 9.05 |
| NY - State SDI | 0.54 | 7.00 | | | | Net Pay | 99.13 |
| NYC - Local W/H | 0.23 | 2.45 | | | | YTD Taxable | 1,449.67 |
| | | | | | | YTD Non-Tax | 0.00 |
| | | | | | | YTD Earnings | 1,449.67 |
| | | | | | | YTD Deductions | 127.51 |
| | | | | | | YTD Net Pay | 1,322.16 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Customer | NOT ANOTHER BAILOUT PROD. "TOO BIG/FAIL" | | Job/Trans # | 15498/14 | Work State | NY | Res State NY |
| Job Type | MOVIE OF THE WEEK | | Client Job # | | Fed Allow | 0 | State Allow 0 |
| Job Name | TOO BIG TO FAIL | | Marital Status | Single | Pay Frequency | WK | |
| Job Client | NON-UNION/NY | | Rec Studio | | Recording City | | |

| Work Date | Union # | Description | | | Units | Pen Units | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/03/2010 - 12/03/2010 | NON | EXTRA - STRAIGHT-TIME | | | 8.00 | 8.00 | 7.7275 | 61.82 |
| 12/03/2010 - 12/03/2010 | NON | EXTRA - TIME-AND-ONE-HALF | | | 4.00 | 4.00 | 11.5901 | 46.36 |



| | Agent Comission | 0.00 Totals | 12.00 | 12.00 | 108.18 |
|---|---|---|---|---|---|

Employer is CAPS, Inc. 400 N. Skokie Blvd., Suite 460 Northbrook, IL 60062  FEIN #36-2492285
Inquiries call 3-5 pm CST Mon - Fri at 847-480-9792

| Dept | Emp. No | Employee Name | Social Security No | Pay Period | Check Date | Check No |
|---|---|---|---|---|---|---|
| EN | *****  | ROY D HOLLANDER | ***-**-  | 01/24/2011 - 01/27/2011 | 02/03/2011 | 800170028 |

| Deductions | Current Amount | YTD Amount | Deductions | Current Amount | YTD Amount | | |
|---|---|---|---|---|---|---|---|
| FICA | 10.71 | 10.71 | | | | Current Taxable | 255.00 |
| Medicare | 3.70 | 3.70 | | | | Current Non-Tax | 0.00 |
| Federal W/H | 24.05 | 24.05 | | | | Current Earnings | 255.00 |
| NY - State W/H | 4.83 | 4.83 | | | | Current Deductions | 46.94 |
| NY - State SDI | 0.60 | 0.60 | | | | Net Pay | 208.06 |
| NYC - Local W/H | 3.05 | 3.05 | | | | YTD Taxable | 255.00 |
| | | | | | | YTD Non-Tax | 0.00 |
| | | | | | | YTD Earnings | 255.00 |
| | | | | | | YTD Deductions | 46.94 |
| | | | | | | YTD Net Pay | 208.06 |

| Customer | CBS PRODUCTIONS, INC. | Job/Trans # | 8245/221, 223, 224 | Work State | NY | Res State | NY |
|---|---|---|---|---|---|---|---|
| Job Type | ONE HOUR T.V. SERIES | Client Job # | | Fed Allow | 0 | State Allow | 0 |
| Job Name | THE GOOD WIFE | Marital Status | Single | Pay Frequency | WK | | |
| Job Client | NON-UNION/NY | Rec Studio | | Recording City | | | |

| Work Date | Union # | Description | Units | Pen Units | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/24/2011 - 01/24/2011 | NON | EXTRA - STRAIGHT-TIME | 8.00 | 8.00 | 7.7275 | 61.82 |
| 01/24/2011 - 01/24/2011 | NON | EXTRA - TIME-AND-ONE-HALF | 2.00 | 2.00 | 11.5901 | 23.18 |
| 01/26/2011 - 01/26/2011 | NON | EXTRA - STRAIGHT-TIME | 8.00 | 8.00 | 7.7275 | 61.82 |
| 01/26/2011 - 01/26/2011 | NON | EXTRA - TIME-AND-ONE-HALF | 2.00 | 2.00 | 11.5901 | 23.18 |
| 01/27/2011 - 01/27/2011 | NON | EXTRA - STRAIGHT-TIME | 8.00 | 8.00 | 7.7275 | 61.82 |
| 01/27/2011 - 01/27/2011 | NON | EXTRA - TIME-AND-ONE-HALF | 2.00 | 2.00 | 11.5901 | 23.18 |

Agent Comission     0.00 Totals     30.00     30.00     255.00