

**THE STATE EDUCATION DEPARTMENT** / THE UNIVERSITY OF THE STATE OF NEW YORK / ALBANY, NY 12234

Records Access Officer
89 Washington Avenue
Room 115, Education Building
Phone: (518) 474-6569
Fax:   (518) 473-4909

June 11, 2008

Mr. Roy Den Hollander
Attorney at Law
545 East 14th Street, 10D
New York, NY 10009

Dear Mr. Hollander:

This is in response to your request under the Freedom of Information Law (FOIL) for State Education Department (SED) records regarding financial aid provided to Columbia University.

Please be advised that SED does not possess or maintain the records you requested. The Freedom of Information Law does not require an agency to prepare any record not possessed or maintained by the agency (Public Officers Law Section 89[3]). Therefore, your request is denied. It appears that your request may fall under the jurisdiction of the NYS Higher Education Services Corporation, a State agency separate from and not associated with the Education Department. FOIL requests to the NYS Higher Education Services Corporation should be addressed to:

Records Access Officer
NYS Higher Education Services Corporation
99 Washington Avenue, Room 1350
Albany, NY 12255

Sincerely,

Peggy Rivers
Records Access Officer



July 23, 2008

Mr. Roy Den Hollander
Attorney at Law
545 East 14th Street, 10D
New York, NY 10009

Re:   Response to FOIL Request

Dear Mr. Hollander:

This letter is HESC's response to your Freedom of Information Law (FOIL) request dated June 16, 2008.

Since HESC's response is one page, we are waiving FOIL reproduction costs. This one page is the only document in HESC's possession that is responsive to your request.

For your information, the NYS Education Department is the New York State Agency that maintains records of the amounts of government-based financial assistance received by individual schools in New York State on an annual basis.

This constitutes HESC's complete and final response to your FOIL request of June 16, 2008. If there is any further information you would like to obtain from HESC, you should submit a new FOIL request.

Very truly yours,

Cheryl B. Fisher
Acting General Counsel and
Records Access Officer
Office of Counsel
(518) 474-3219

NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION
99 Washington Avenue, Albany, NY 12255   888-NYS-HESC   www.hesc.org

## New York State Higher Education Services Corporation

| | |
|---|---|
| HESC Umbrella Code: | 067030 |
| School Name and Address: | COLUMBIA UNIVERSITY<br>535 WEST 116TH STREET, ROOM 202 LOW LIBRARY<br>NEW YORK, NY 10027 |
| NYSFAAA Region 6 | |

| GRANTS, SCHOLARSHIPS AND OTHER AWARDS* | Academic Year 2004-2005 | Academic Year 2005-2006 | Academic Year 2006-2007 |
|---|---|---|---|
| **TAP Grants** | | | |
| Amount | $2,342,600 | $2,293,224 | $2,232,565 |
| Number FTE | 1,082 | 1,087 | 1,058 |
| Average Award | $2,165 | $2,109 | $2,110 |
| **Scholarships and Other** | | | |
| Amount | $431,937 | $377,704 | $369,212 |
| Number FTE | 394 | 373 | 344 |
| Average Award | $1,096 | $1,012 | $1,073 |
| **TOTAL AMOUNT** | $2,774,537 | $2,670,928 | $2,601,777 |

| GUARANTEED LOANS (Loan Approvals)** | NYS Fiscal Year 2004-2005 | NYS Fiscal Year 2005-2006 | NYS Fiscal Year 2006-2007 |
|---|---|---|---|
| **Federal Stafford Loans** | | | |
| Amount | $318,730 | $101,800 | $82,000 |
| Number | 51 | 16 | 10 |
| Average Loan | $6,250 | $6,363 | $8,200 |
| **Unsubsidized Federal Stafford Loans** | | | |
| Amount | $364,901 | $84,787 | $100,243 |
| Number | 62 | 10 | 9 |
| Average Loan | $5,886 | $8,479 | $11,138 |
| **Federal Parent Loans for Undergraduate Study** | | | |
| Amount | $335,535 | $289,540 | $650,837 |
| Number | 22 | 13 | 28 |
| Average Loan | $15,252 | $22,272 | $23,244 |
| **TOTAL AMOUNT** | $1,019,166 | $476,127 | $833,080 |



*Grants and Scholarships data are as of May 5, 2008 and are by academic year (July 1 to June 30).

**Loan data are as of August 20, 2007 and are by NYS fiscal year (April 1 through March 31).

**ROY DEN HOLLANDER**
**Attorney at Law**

545 East 14th Street, 10D  
New York, NY 10009

Tel. & Fax: (212) 995-5201  
Mobile 917 687 0652  
rdhhh@yahoo.com

June 29, 2010

Ethan Phillips  
Office of the Secretary  
211 Low Library  
Mail Code 4324  
535 West 116th Street  
New York, NY 10027

Dear Mr. Phillips:

  I'm an alumnus of the Business School and have a number of questions concerning the University's financial statements for fiscal 2009 that are posted on www.finance.columbia.edu.

1. What are the amounts in grants and contract income provided to the Institute for Research on Women and Gender from the Federal Government and the State Government?

2. What are the amounts for research and development projects provided the Institute for Research on Women and Gender?

3. Are there any endowment funds that support the Institute for Research on Women and Gender?

4. What amount of State aid, including Education Law § 6401 funds, did Columbia receive that was booked to the Institute for Research on Women and Gender?

5. What was the 2009 budget for the Institute for Research on Women and Gender and a break down of the source of those funds and expenditures? I would also like to know where I can obtain a copy of the managerial accounting statements for the Institute for Research on Women and Gender

  These requests are made in anticipation of a lawsuit against the New York State Regents and the U.S. Department of Education.

  Thank you for your time.

Sincerely,

/S/
Roy Den Hollander CBS 97

2

# COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

OFFICE OF THE GENERAL COUNSEL

Direct Line: (212) 342-9009
Facsimile: (212) 854-7292

July 6, 201

Roy Den Hollander
545 East 14th Street
Apt. #10D
New York, NY 10009

Dear Mr. Den Hollander:

    Your request, directed to the Secretary of the University, seeking certain financial information concerning the Institute for Research on Women and Gender has been referred to me for response. The University is a private institution and does not make such information public either in its financial statements or upon request by members of the public. Accordingly, we will not be sending you the requested data.

Very truly yours,

Patricia Sachs Catapano
Associate General Counsel

cc:    Ethan Phillips

00171840.1

Mail Code 75   630 West 168th Street   New York, NY, 10032

# COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

OFFICE OF THE GENERAL COUNSEL

Direct Line: (212) 342-9009
Facsimile: (212) 854-7292

July 6, 201

Roy Den Hollander
545 East 14th Street
Apt. #10D
New York, NY  10009

Dear Mr. Den Hollander:

    Your request, directed to the Secretary of the University, seeking certain financial information concerning the Institute for Research on Women and Gender has been referred to me for response. The University is a private institution and does not make such information public either in its financial statements or upon request by members of the public. Accordingly, we will not be sending you the requested data.

Very truly yours,

Patricia Sachs Catapano
Associate General Counsel

cc:    Ethan Phillips

00171840.1

Mail Code 75   630 West 168th Street   New York, NY, 10032