DOCUMENT RESUME

ED 068 052                                                   HE 003 499

TITLE           Education Beyond High School. The Regents Tentative
                Statewide Plan for the Development of Post-Secondary
                Education, 1972.
INSTITUTION     New York State Education Dept., Albany.
PUB DATE        Sep 72
NOTE            523p.
AVAILABLE FROM  The University of the State of New York, The State
                Education Department, Albany, New York 12210

EDRS PRICE      MF-$0.65 HC-$19.74
DESCRIPTORS     *Educational Administration; *Educational Planning;
                Governance; *Governing Boards; *Higher Education;
                Master Plans; *Statewide Planning

ABSTRACT
        This document contains the 1972 4-year plan that the
University of the State of New York Board of Regents has devised for
postsecondary education in New York state. More people have been
involved in the development of the 1972 plan than any preceding one.
In addition to the educational community, the public at large had a
voice through public hearings that were held throughout the state.
The purpose of these hearings was to elicit the comments of all
interested parties, to better meet the needs of society, both
individually and collectively, in the area of education beyond high
school. In addition, the plan underscores the necessity for optimal
utilization of all post-secondary educational resources. It boldly
endorses the concept that these resources include proprietary
schools, industrial laboratories, and apprenticeship programs, as
well as the traditional public and private higher education
institutions. The first division of the document presents the
academic plan for post-secondary education, the second offers a
review and analysis of master plans by educational sector, and the
third division discusses the role of the Regents in postsecondary
educational planning. (Author/HS)

ED 068052

# EDUCATION BEYOND HIGH SCHOOL

*The Regents Tentative Statewide Plan for the Development of Post-Secondary Education, 1972*



U S DEPARTMENT OF HEALTH,
EDUCATION & WELFARE
OFFICE OF EDUCATION
THIS DOCUMENT HAS BEEN REPRO
DUCED EXACTLY AS RECEIVED FROM
THE PERSON OR ORGANIZATION ORIG
INATING IT POINTS OF VIEW OR OPIN
IONS STATED DO NOT NECESSARILY
REPRESENT OFFICIAL OFFICE OF EDU
CATION POSITION OR POLICY

The University of the State of New York
THE STATE EDUCATION DEPARTMENT
Albany, New York 12210

September 1972

FILMED FROM BEST AVAILABLE COPY

HE 003 499

1

**NOTE:** Public hearing on this document to be held September 29, 1972 in Albany, New York

goals approved for SUNY in their 1970 progress report. State University will provide for an increasing number of 2-year to 4-year transfers, but it appears that the demand will continue to exceed the number of places available. In attempting to meet this demand, State University is projecting a 32:68 lower to upper division ratio in 1980. This far exceeds their approved 40:60 ratio and its implications must be carefully and continually assessed. **The Regents reaffirm their support of the educational desirability of the 40:60 ratio.** The Regents urge that mechanisms be developed to enable private institutions to play a role in meeting the educational needs of 2-year college graduates.

Minority Enrollments

The characteristics of the 1980 student population are expected to differ from those of the 1970 population as a result of substantial progress towards the Regents goal of equalization of educational opportunities. In 1970, minorities represented over 14 percent of New York State's 18 to 24 age population. However, they accounted for only 41,000 students or 9.5 percent of the full-time undergraduate enrollment. The Regents expect that this number will grow to 80,000, representing 12.5 percent of the projected full-time undergraduate enrollment. The largest portion of this increase is expected to come from black enrollments, rising from 25,500 in 1970 to 64,000 in 1980. Increased minority enrollments will result from expanded programs for the disadvantaged and, more importantly, from more effective integration of regular academic programs.[1]

The Regents expect that the 1980 full-time undergraduate enrollment will have a 50:50 male-to-female ratio. Gradual movement from the 1970

---

[1] Minority Access to and Participation in Post-Secondary Education: A Statement of Policy and Proposed Action, Albany, New York: New York State Education Department, May 1972 (Regents Position Paper No. 15).

103

male-to-female ratio of 56:44 will result as greater numbers of women begin to enroll in traditionally "male" academic fields and as employment practices change.

Undergraduate Degrees

Associate and baccalaureate degrees conferred grew from over 42,000 in 1960-61 to over 94,000 in 1969-70, an increase of 123 percent.[1] Associate degrees grew over 251 percent during this period as compared with a 94 percent gain in baccalaureate degrees. As a result of the projected increase in undergraduate enrollment, total undergraduate degrees conferred are expected to grow to about 173,000 by 1980, an increase of 84 percent over 1970. Associate degrees will continue to grow more rapidly than baccalaureate degrees. During this period, the increase in associate degrees is projected to be 118 percent, while a 71 percent increase is expected in baccalaureate degrees.

b. **Graduate and First-Professional Enrollments**

   (1) Graduate and First-Professional Enrollments

The Regents goal is to strengthen the quality of graduate education while meeting New York State's needs for these programs. To this end, the Regents are considering three policy decisions that directly affect graduate and first-professional programs:

(a) To modify certification requirements for elementary and secondary school teachers whereby a degree at the master's level or 30 credits beyond the baccalaureate is not mandatory;

(b) To reserve the use of the Ph.D. degree to programs of sufficiently high quality to develop competent research potential;

(c) To significantly increase enrollments in selected first-professional degree programs, especially in the health sciences, to meet societal needs for programs in this area.

---

[1] See appendix A, table 10, p. 354.