Submit Content | Contact Us | Help

Home | Search ERIC | Our Collection | Thesaurus | About Us | My ERIC

## ED258526 - The Regents Statewide Plan for the Development of Postsecondary Education in New York State, 1984. Volume I: Regents Proposals for Action and Regents Recommendations.

Help With This Page

< Back to Search Results   Permalink
Share this record

0 Items in My Clipboard
Add record to My Clipboard

### Record Details

**Full-Text Availability Options:**
Help Finding Full Text

**Related Items:** Show Related Items

**Click on any of the links below to perform a new search**

| | |
|---|---|
| ERIC #: | ED258526 |
| Title: | The Regents Statewide Plan for the Development of Postsecondary Education in New York State, 1984. Volume I: Regents Proposals for Action and Regents Recommendations. |
| Authors: | N/A |
| Descriptors: | Access to Education; College Planning; Economic Development; Educational Finance; Educational Quality; Employment Opportunities; Enrollment Projections; Financial Policy; Master Plans; Postsecondary Education; Resource Allocation; School Business Relationship; Statewide Planning |
| Source: | N/A |
| Peer-Reviewed: | N/A |
| Publisher: | N/A |
| Publication Date: | 1984-10-00 |
| Pages: | 21 |
| Pub Types: | Reports - Descriptive |
| Abstract: | Critical issues facing higher education in New York State and recommendations of the New York Regents are covered in this first volume of the 1984 Regents statewide plan for postsecondary education. Information is provided on goals, issues, proposed actions, and recommendations for each of the following concerns: access, excellence, employment and economic development, diversity, effective use of resources, and enrollment projections. Also provided are 11 postsecondary objectives accepted by the Governor and retained from the 1980 statewide plan. The Regents' top priority in the 1984 plan is to extend educational access in order to provide equal opportunity for postsecondary education. Another goal is to increase the number of handicapped persons and economically disadvantaged and minority students and women who attend and complete college programs, particularly in technical fields. Additional access issues include: ensuring that students can overcome financial barriers to access; increasing the representation of minorities and women among college faculty and professional staff; attracting able students to teaching careers at all levels; assuring opportunities for adults to return to college; and preparing underprepared applicants for college-level study. (SW) |
| Abstractor: | N/A |
| Reference Count: | 0 |
| Note: | For Volumes II and III, see HE 018 485-486. |
| Identifiers: | New York |
| Record Type: | Non-Journal |
| Level: | 1 - Available on microfiche |
| Institutions: | New York State Education Dept., Albany. |
| Sponsors: | N/A |
| ISBN: | N/A |
| ISSN: | N/A |
| Audiences: | N/A |
| Languages: | English |
| Education Level: | Postsecondary Education |
| Direct Link: | N/A |

### Related Items

From Chaos to Order and Back? A Revisionist Reflection on the California Master Plan for Higher Education@50 and Thoughts about Its Future. Research & Occasional Paper Series: CSHE.7.10

Ready to Assemble: Grading Accountability Systems

Beyond Aid Effectiveness: The Development of the South African Further Education and Training College Sector, 1994-2009

For-Profit Schools: Large Schools and Schools that Specialize in Healthcare Are More Likely to Rely Heavily on Federal Student Aid. Report to Congressional Committees. GAO-11-4

Chapter 3: Crossing Boundaries--Foundation Degrees in England

More Related Items

### Microfiche to Megabytes



Help ERIC expand online access to documents currently available only on microfiche. Learn more about our efforts.