# Major Policy Statements -- 1984-1990

**The Regents Statewide Plan for the Development of Postsecondary Education in New York State, 1984 --- Volumes I, II and III**

Purpose: To define and differentiate the missions and objectives of higher education; identify the needs, problems, societal conditions and interests of the citizens of the State of New York to which programs of higher education may most appropriately be addressed; define and differentiate the missions and objectives of institutions of higher education; develop programs to meet the needs, solve the problems, affect the conditions and respond to the public's interests by setting goals, describing the time needed to meet those goals, identifying the resources needed to achieve the goals, and establishing priorities; enable all participants in the planning process, representatives of the people and the citizens themselves to evaluate the needs, objectives, program proposals, priorities, costs and results of higher education; optimize the use of resources; and evaluate the program effectiveness.

Excerpt: The people of New York now have a high degree of access to a wide variety of excellent postsecondary educational programs of study. The Regents top priority in this Plan is to extend that access further, in order to provide equal opportunity for postsecondary education for all New Yorkers. We must enhance opportunities for the poor, members of minority groups, persons with disabilities, women, and adults, not only to participate in higher education but to give them the assistance they need to ensure successful completion of their studies. At the same time, we must ensure that excellence is maintained in our colleges and universities and that New York State's preeminence in higher education is retained. We must make certain as well that this system is responsive to the economic, cultural, and social needs of the State.

The Regents and the Education Department will continue to exercise vigilance in the application of standards for programs of study. The institutions will strive to fulfill their mission of instruction, research, and public service. The Governor and the Legislature must assure that adequate resources are available to our colleges to maintain and enhance excellence, and to provide access to higher education to those who seek it.

Date: October 1984

Program Area: Higher and Professional Education