# annual educational summary nineteen ninety ninety-one

Statistical and Financial Summary of Education in
New York State for the Year Ending June 30, 1991

U.S. DEPARTMENT OF EDUCATION
Office of Educational Research and Improvement
EDUCATIONAL RESOURCES INFORMATION CENTER (ERIC)

☒ This document has been reproduced as received from the person or organization originating it.
☐ Minor changes have been made to improve reproduction quality.
• Points of view or opinions stated in this document do not necessarily represent official OERI position or policy.

"PERMISSION TO REPRODUCE THIS MATERIAL HAS BEEN GRANTED BY

*Robert M. Trombly*

TO THE EDUCATIONAL RESOURCES INFORMATION CENTER (ERIC)."

The University of the State of New York
The State Education Department
Information Center on Education
Albany, New York 12234





BEST COPY AVAILABLE

NEW YORK
THE STATE OF LEARNING

TABLE 42

DEGREES CONFERRED IN INSTITUTIONS OF HIGHER EDUCATION
BY LEVEL OF DEGREE AND INSTITUTIONAL CLASSIFICATION
NEW YORK STATE
1990-91

| Institutional Classification | Associate | | Bachelor's | | First-professional | | Master's | | Doctoral | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Men | Women | Men | Women | Men | Women | Men | Women | Men | Women |
| TOTAL STATE | 20,054 | 30,458 | 41,770 | 49,818 | 4,329 | 3,173 | 16,054 | 22,311 | 2,301 | 1,550 |
| TOTAL PUBLIC | 15,947 | 22,965 | 16,630 | 22,068 | 714 | 563 | 4,395 | 7,825 | 803 | 464 |
| TOTAL SUNY | 13,478 | 18,390 | 12,592 | 15,794 | 658 | 481 | 2,790 | 4,725 | 599 | 348 |
| University centers a/ | 133 | 74 | 5,145 | 5,032 | 364 | 254 | 1,799 | 2,452 | 440 | 258 |
| University colleges | 197 | 203 | 5,831 | 8,940 | -- | -- | 725 | 2,023 | -- | -- |
| Health sciences centers a/ | 8 | 15 | 33 | 214 | 232 | 136 | 3 | 36 | 14 | 5 |
| Specialized colleges | 37 | 3 | 724 | 382 | 31 | 40 | 84 | 44 | 15 | 8 |
| Statutory colleges | -- | -- | 749 | 817 | 31 | 51 | 178 | 163 | 130 | 77 |
| Agricultural--technical | 2,732 | 2,567 | 77 | 17 | -- | -- | -- | -- | -- | -- |
| Community colleges | 10,371 | 15,528 | 33 | 392 | -- | -- | 1 | 7 | -- | -- |
| Four-year or more | 2,310 | 3,282 | 12,592 | 15,794 | 658 | 481 | 2,790 | 4,725 | 599 | 348 |
| Two-year | 11,168 | 15,108 | -- | -- | -- | -- | -- | -- | -- | -- |
| TOTAL CUNY | 2,469 | 4,575 | 4,038 | 6,274 | 56 | 82 | 1,605 | 3,100 | 204 | 116 |
| Graduate centers | -- | -- | 63 | 107 | 56 | 82 | 17 | 35 | 204 | 116 |
| Senior colleges | 614 | 784 | 3,951 | 6,045 | -- | -- | 1,588 | 3,065 | -- | -- |
| Community colleges | 1,855 | 3,791 | 24 | 122 | -- | -- | -- | -- | -- | -- |
| Four-year or more | 624 | 817 | 4,038 | 6,274 | 56 | 82 | 1,605 | 3,100 | 204 | 116 |
| Two-year | 1,845 | 3,758 | -- | -- | -- | -- | -- | -- | -- | -- |
| TOTAL INDEPENDENT | 2,990 | 4,458 | 24,951 | 27,544 | 3,615 | 2,610 | 11,631 | 14,450 | 1,498 | 1,086 |
| Four-year or more | 1,878 | 2,978 | 24,951 | 27,544 | 3,615 | 2,610 | 11,631 | 14,450 | 1,498 | 1,086 |
| Multiversities | 105 | 235 | 5,417 | 5,224 | 1,175 | 754 | 5,637 | 5,665 | 1,028 | 766 |
| Universities | 281 | 386 | 4,039 | 4,963 | 873 | 708 | 2,039 | 4,105 | 155 | 213 |
| College complexes | 239 | 543 | 5,977 | 8,093 | 135 | 104 | 1,564 | 2,140 | 40 | 40 |
| Colleges b/ | 866 | 1,595 | 4,840 | 7,226 | 155 | 96 | 389 | 1,254 | -- | -- |
| Specialized colleges | 7 | 25 | 134 | 223 | 578 | 510 | 165 | 352 | 13 | 8 |
| Health sciences centers | -- | -- | 56 | 83 | 465 | 296 | 37 | 65 | 33 | 20 |
| Engineering -- technical | 380 | 194 | 4,465 | 1,711 | 79 | 46 | 1,646 | 756 | 203 | 28 |
| Seminaries | -- | -- | 23 | 21 | 155 | 96 | 154 | 113 | 26 | 11 |
| Two-year | 1,112 | 1,480 | -- | -- | -- | -- | -- | -- | -- | -- |
| Nursing | 50 | 458 | -- | -- | -- | -- | -- | -- | -- | -- |
| Other two-year | 1,062 | 1,022 | -- | -- | -- | -- | -- | -- | -- | -- |
| TOTAL PROPRIETARY | 1,117 | 3,035 | 189 | 206 | -- | -- | 28 | 36 | -- | -- |
| Four-year or more | 47 | 67 | 189 | 206 | -- | -- | 28 | 36 | -- | -- |
| Two-year | 1,070 | 2,968 | -- | -- | -- | -- | -- | -- | -- | -- |
| TOTAL TWO-YEAR | 15,195 | 23,314 | -- | -- | -- | -- | -- | -- | -- | -- |
| TOTAL FOUR-YEAR AND HIGHER c/ | 4,859 | 7,144 | 41,770 | 49,818 | 3,132 | 2,274 | 15,853 | 21,952 | 2,244 | 1,522 |
| TOTAL GRADUATE ONLY | -- | -- | -- | -- | 1,197 | 899 | 201 | 359 | 57 | 28 |

a/ Data for Buffalo Health Sciences Center and Stony Brook Health Sciences Center are included in the University Center category.
b/ Includes Regents College Degrees, formerly classified as "Public-Special."
c/ Excludes institutions offering only graduate-level programs.

-50-

67