

**ies** NATIONAL CENTER FOR EDUCATION STATISTICS
Institute of Education Sciences

# Digest of Education Statistics 2007

U.S. Department of Education
Institute of Education Sciences
NCES 2008-022



Table 258. Degrees conferred by degree-granting institutions, by level of degree and sex of student: Selected years, 1869–70 through 2016–17

| Year | Associate's degrees | | | Bachelor's degrees | | | Master's degrees | | | First-professional degrees | | | Doctor's degrees[1] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Males | Females | Total | Males | Females | Total | Males | Females | Total | Males | Females | Total | Males | Females |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 1869–70 | — | — | — | 9,371[2] | 7,993[2] | 1,378[2] | 0 | 0 | 0 | (3) | (3) | (3) | 1 | 1 | 0 |
| 1879–80 | — | — | — | 12,896[2] | 10,411[2] | 2,485[2] | 879 | 868 | 11 | (3) | (3) | (3) | 54 | 51 | 3 |
| 1889–90 | — | — | — | 15,539[2] | 12,857[2] | 2,682[2] | 1,015 | 821 | 194 | (3) | (3) | (3) | 149 | 147 | 2 |
| 1899–1900 | — | — | — | 27,410[2] | 22,173[2] | 5,237[2] | 1,583 | 1,280 | 303 | (3) | (3) | (3) | 382 | 359 | 23 |
| 1909–10 | — | — | — | 37,199[2] | 28,762[2] | 8,437[2] | 2,113 | 1,555 | 558 | (3) | (3) | (3) | 443 | 399 | 44 |
| 1919–20 | — | — | — | 48,622[2] | 31,980[2] | 16,642[2] | 4,279 | 2,985 | 1,294 | (3) | (3) | (3) | 615 | 522 | 93 |
| 1929–30 | — | — | — | 122,484[2] | 73,615[2] | 48,869[2] | 14,969 | 8,925 | 6,044 | (3) | (3) | (3) | 2,299 | 1,946 | 353 |
| 1939–40 | — | — | — | 186,500[2] | 109,546[2] | 76,954[2] | 26,731 | 16,508 | 10,223 | (3) | (3) | (3) | 3,290 | 2,861 | 429 |
| 1949–50 | — | — | — | 432,058[2] | 328,841[2] | 103,217[2] | 58,183 | 41,220 | 16,963 | (3) | (3) | (3) | 6,420 | 5,804 | 616 |
| 1959–60 | — | — | — | 392,440[2] | 254,063[2] | 138,377[2] | 74,435 | 50,898 | 23,537 | (3) | (3) | (3) | 9,829 | 8,801 | 1,028 |
| 1969–70 | 206,023 | 117,432 | 88,591 | 792,316 | 451,097 | 341,219 | 208,291 | 125,624 | 82,667 | 34,918 | 33,077 | 1,841 | 29,866 | 25,890 | 3,976 |
| 1970–71 | 252,311 | 144,144 | 108,167 | 839,730 | 475,594 | 364,136 | 230,509 | 138,146 | 92,363 | 37,946 | 35,544 | 2,402 | 32,107 | 27,530 | 4,577 |
| 1971–72 | 292,014 | 166,227 | 125,787 | 887,273 | 500,590 | 386,683 | 251,633 | 149,550 | 102,083 | 43,411 | 40,723 | 2,688 | 33,363 | 28,090 | 5,273 |
| 1972–73 | 316,174 | 175,413 | 140,761 | 922,362 | 518,191 | 404,171 | 263,371 | 154,468 | 108,903 | 50,018 | 46,489 | 3,529 | 34,777 | 28,571 | 6,206 |
| 1973–74 | 343,924 | 188,591 | 155,333 | 945,776 | 527,313 | 418,463 | 277,033 | 157,842 | 119,191 | 53,816 | 48,530 | 5,286 | 33,816 | 27,365 | 6,451 |
| 1974–75 | 360,171 | 191,017 | 169,154 | 922,933 | 504,841 | 418,092 | 292,450 | 161,570 | 130,880 | 55,916 | 48,956 | 6,960 | 34,083 | 26,817 | 7,266 |
| 1975–76 | 391,454 | 209,996 | 181,458 | 925,746 | 504,925 | 420,821 | 311,771 | 167,248 | 144,523 | 62,649 | 52,892 | 9,757 | 34,064 | 26,267 | 7,797 |
| 1976–77 | 406,377 | 210,842 | 195,535 | 919,549 | 495,545 | 424,004 | 317,164 | 167,783 | 149,381 | 64,359 | 52,374 | 11,985 | 33,232 | 25,142 | 8,090 |
| 1977–78 | 412,246 | 204,718 | 207,528 | 921,204 | 487,347 | 433,857 | 311,620 | 161,212 | 150,408 | 66,581 | 52,270 | 14,311 | 32,131 | 23,658 | 8,473 |
| 1978–79 | 402,702 | 192,091 | 210,611 | 921,390 | 477,344 | 444,046 | 301,079 | 153,370 | 147,709 | 68,848 | 52,652 | 16,196 | 32,730 | 23,541 | 9,189 |
| 1979–80 | 400,910 | 183,737 | 217,173 | 929,417 | 473,611 | 455,806 | 298,081 | 150,749 | 147,332 | 70,131 | 52,716 | 17,415 | 32,615 | 22,943 | 9,672 |
| 1980–81 | 416,377 | 188,638 | 227,739 | 935,140 | 469,883 | 465,257 | 295,739 | 147,043 | 148,696 | 71,956 | 52,792 | 19,164 | 32,958 | 22,711 | 10,247 |
| 1981–82 | 434,526 | 196,944 | 237,582 | 952,998 | 473,364 | 479,634 | 295,546 | 145,532 | 150,014 | 72,032 | 52,223 | 19,809 | 32,707 | 22,224 | 10,483 |
| 1982–83 | 449,620 | 203,991 | 245,629 | 969,510 | 479,140 | 490,370 | 289,921 | 144,697 | 145,224 | 73,054 | 51,250 | 21,804 | 32,775 | 21,902 | 10,873 |
| 1983–84 | 452,240 | 202,704 | 249,536 | 974,309 | 482,319 | 491,990 | 284,263 | 143,595 | 140,668 | 74,468 | 51,378 | 23,090 | 33,209 | 22,064 | 11,145 |
| 1984–85 | 454,712 | 202,932 | 251,780 | 979,477 | 482,528 | 496,949 | 286,251 | 143,390 | 142,861 | 75,063 | 50,455 | 24,608 | 32,943 | 21,700 | 11,243 |
| 1985–86 | 446,047 | 196,166 | 249,881 | 987,823 | 485,923 | 501,900 | 288,567 | 143,508 | 145,059 | 73,910 | 49,261 | 24,649 | 33,653 | 21,819 | 11,834 |
| 1986–87 | 436,304 | 190,839 | 245,465 | 991,264 | 480,782 | 510,482 | 289,349 | 141,269 | 148,080 | 71,617 | 46,523 | 25,094 | 34,041 | 22,061 | 11,980 |
| 1987–88 | 435,085 | 190,047 | 245,038 | 994,829 | 477,203 | 517,626 | 299,317 | 145,163 | 154,154 | 70,735 | 45,484 | 25,251 | 34,870 | 22,615 | 12,255 |
| 1988–89 | 436,764 | 186,316 | 250,448 | 1,018,755 | 483,346 | 535,409 | 310,621 | 149,354 | 161,267 | 70,856 | 45,046 | 25,810 | 35,720 | 22,648 | 13,072 |
| 1989–90 | 455,102 | 191,195 | 263,907 | 1,051,344 | 491,696 | 559,648 | 324,301 | 153,653 | 170,648 | 70,988 | 43,961 | 27,027 | 38,371 | 24,401 | 13,970 |
| 1990–91 | 481,720 | 198,634 | 283,086 | 1,094,538 | 504,045 | 590,493 | 337,168 | 156,482 | 180,686 | 71,948 | 43,846 | 28,102 | 39,294 | 24,756 | 14,538 |
| 1991–92 | 504,231 | 207,481 | 296,750 | 1,136,553 | 520,811 | 615,742 | 352,838 | 161,842 | 190,996 | 74,146 | 45,071 | 29,075 | 40,659 | 25,557 | 15,102 |
| 1992–93 | 514,756 | 211,964 | 302,792 | 1,165,178 | 532,881 | 632,297 | 369,585 | 169,258 | 200,327 | 75,387 | 45,153 | 30,234 | 42,132 | 26,073 | 16,059 |
| 1993–94 | 530,632 | 215,261 | 315,371 | 1,169,275 | 532,422 | 636,853 | 387,070 | 176,085 | 210,985 | 75,418 | 44,707 | 30,711 | 43,185 | 26,552 | 16,633 |
| 1994–95 | 539,691 | 218,352 | 321,339 | 1,160,134 | 526,131 | 634,003 | 397,629 | 178,598 | 219,031 | 75,800 | 44,853 | 30,947 | 44,446 | 26,916 | 17,530 |
| 1995–96 | 555,216 | 219,514 | 335,702 | 1,164,792 | 522,454 | 642,338 | 406,301 | 179,081 | 227,220 | 76,734 | 44,748 | 31,986 | 44,652 | 26,841 | 17,811 |
| 1996–97 | 571,226 | 223,948 | 347,278 | 1,172,879 | 520,515 | 652,364 | 419,401 | 180,947 | 238,454 | 78,730 | 45,564 | 33,166 | 45,876 | 27,146 | 18,730 |
| 1997–98 | 558,555 | 217,613 | 340,942 | 1,184,406 | 519,956 | 664,450 | 430,164 | 184,375 | 245,789 | 78,598 | 44,911 | 33,687 | 46,010 | 26,664 | 19,346 |
| 1998–99 | 559,954 | 218,417 | 341,537 | 1,200,303 | 518,746 | 681,557 | 439,986 | 186,148 | 253,838 | 78,439 | 44,339 | 34,100 | 44,077 | 25,146 | 18,931 |
| 1999–2000 | 564,933 | 224,721 | 340,212 | 1,237,875 | 530,367 | 707,508 | 457,056 | 191,792 | 265,264 | 80,057 | 44,239 | 35,818 | 44,808 | 25,028 | 19,780 |
| 2000–01 | 578,865 | 231,645 | 347,220 | 1,244,171 | 531,840 | 712,331 | 468,476 | 194,351 | 274,125 | 79,707 | 42,862 | 36,845 | 44,904 | 24,728 | 20,176 |
| 2001–02 | 595,133 | 238,109 | 357,024 | 1,291,900 | 549,816 | 742,084 | 482,118 | 199,120 | 282,998 | 80,698 | 42,507 | 38,191 | 44,160 | 23,708 | 20,452 |
| 2002–03[4] | 634,016 | 253,451 | 380,565 | 1,348,811 | 573,258 | 775,553 | 513,339 | 211,664 | 301,675 | 80,897 | 41,887 | 39,010 | 46,042 | 24,351 | 21,691 |
| 2003–04 | 665,301 | 260,033 | 405,268 | 1,399,542 | 595,425 | 804,117 | 558,940 | 229,545 | 329,395 | 83,041 | 42,169 | 40,872 | 48,378 | 25,323 | 23,055 |
| 2004–05 | 696,660 | 267,536 | 429,124 | 1,439,264 | 613,000 | 826,264 | 574,618 | 233,590 | 341,028 | 87,289 | 43,849 | 43,440 | 52,631 | 26,973 | 25,658 |
| 2005–06 | 713,066 | 270,095 | 442,971 | 1,485,242 | 630,600 | 854,642 | 594,065 | 237,896 | 356,169 | 87,655 | 44,038 | 43,617 | 56,067 | 28,634 | 27,433 |
| 2006–07[5] | 689,000 | 259,000 | 430,000 | 1,506,000 | 628,000 | 878,000 | 614,000 | 239,000 | 374,000 | 87,800 | 43,500 | 44,400 | 54,600 | 27,200 | 27,400 |
| 2007–08[5] | 699,000 | 262,000 | 437,000 | 1,544,000 | 641,000 | 903,000 | 631,000 | 244,000 | 387,000 | 89,300 | 44,000 | 45,400 | 55,300 | 27,100 | 28,200 |
| 2008–09[5] | 714,000 | 267,000 | 447,000 | 1,585,000 | 655,000 | 930,000 | 647,000 | 250,000 | 397,000 | 91,000 | 44,600 | 46,400 | 55,800 | 27,000 | 28,800 |
| 2009–10[5] | 724,000 | 270,000 | 454,000 | 1,622,000 | 668,000 | 954,000 | 659,000 | 253,000 | 405,000 | 92,500 | 45,200 | 47,400 | 56,300 | 27,000 | 29,300 |
| 2010–11[5] | 730,000 | 272,000 | 458,000 | 1,649,000 | 677,000 | 972,000 | 667,000 | 256,000 | 411,000 | 93,700 | 45,600 | 48,100 | 57,100 | 27,100 | 30,000 |
| 2011–12[5] | 735,000 | 273,000 | 462,000 | 1,673,000 | 685,000 | 989,000 | 679,000 | 260,000 | 419,000 | 95,000 | 46,100 | 49,000 | 58,300 | 27,400 | 30,900 |
| 2012–13[5] | 740,000 | 274,000 | 466,000 | 1,697,000 | 692,000 | 1,004,000 | 692,000 | 264,000 | 428,000 | 96,400 | 46,600 | 49,900 | 59,800 | 27,900 | 31,900 |
| 2013–14[5] | 745,000 | 275,000 | 471,000 | 1,717,000 | 698,000 | 1,019,000 | 710,000 | 270,000 | 440,000 | 98,200 | 47,100 | 51,100 | 61,400 | 28,400 | 33,100 |
| 2014–15[5] | 751,000 | 275,000 | 476,000 | 1,735,000 | 703,000 | 1,032,000 | 731,000 | 276,000 | 455,000 | 100,300 | 47,700 | 52,600 | 63,200 | 28,900 | 34,300 |
| 2015–16[5] | 755,000 | 273,000 | 481,000 | 1,747,000 | 704,000 | 1,043,000 | 753,000 | 282,000 | 471,000 | 102,500 | 48,300 | 54,200 | 64,900 | 29,300 | 35,600 |
| 2016–17[5] | 762,000 | 273,000 | 489,000 | 1,764,000 | 707,000 | 1,057,000 | 774,000 | 287,000 | 487,000 | 104,600 | 48,700 | 55,800 | 66,800 | 29,800 | 37,100 |

—Not available.
[1]Includes Ph.D., Ed.D., and comparable degrees at the doctoral level. Excludes first-professional, such as M.D., D.D.S., and law degrees.
[2]Includes first-professional degrees.
[3]First-professional degrees are included with bachelor's degrees.
[4]Data have been revised from previously published figures.
[5]Projected.
NOTE: Data through 1994–95 are for institutions of higher education, while later data are for degree-granting institutions. Degree-granting institutions grant associate's or higher degrees and participate in Title IV federal financial aid programs. The degree-granting classification is very similar to the earlier higher education classification, but it includes more 2-year colleges and excludes a few higher education institutions that did not grant degrees. (See Guide to Sources for details.) Some data have been revised from previously published figures. Detail may not sum to totals because of rounding.
SOURCE: U.S. Department of Education, National Center for Education Statistics, *Earned Degrees Conferred*, 1869–70 through 1964–65; *Projections of Education Statistics to 2016*; Higher Education General Information Survey (HEGIS), "Degrees and Other Formal Awards Conferred" surveys, 1965–66 through 1985–86; and 1986–87 through 2005–06 Integrated Postsecondary Education Data System, "Completions Survey" (IPEDS-C:87–99), and Fall 2000 through Fall 2006. (This table was prepared June 2007.)