Case 1:10-cv-09277-LTS -HBP Document 13-16 Filed 03/31/11 Page 1 of 3



Office of Higher Education
Office of College and University Evaluation

# The Bulletin of The Statewide Plan for Higher Education 2004 -- 2012



The University of the State of New York
The State Education Department
Office of Higher Education
May 2003

THE UNIVERSITY OF THE STATE OF NEW YORK
Regents of The University

Robert M. Bennett, Chancellor, B.A., M.S. Tonawanda
Adelaide L. Sanford, Vice Chancellor, B.A., M.A., P.D. Hollis
Diane O'Neill McGivern, B.S.N., M.A., Ph.D. . Staten Island
Saul B. Cohen, B.A., M.A., Ph.D. New Rochelle
James C. Dawson, A.A., B.A., M.S., Ph.D. Peru
Robert M. Johnson, B.S., J.D. Huntington
Anthony S. Bottar, B.A., J.D. North Syracuse
Merryl H. Tisch, B.A., M.A. New York
Geraldine D. Chapey, B.A., M.A., Ed.D. Belle Harbor
Arnold B. Gardner, B.A., LL.B. Buffalo
Harry Phillips, 3rd, B.A., M.S.F.S. Hartsdale
Joseph E. Bowman, Jr., B.A., M.L.S., M.A., M.Ed., Ed.D Albany
Lorraine A. CortÉs-VÁzquez, B.A., M.P.A. Bronx
Judith O. Rubin, A.B. New York
James R. Tallon, Jr., B.A., M.A. Binghamton
Milton L. Cofield, B.S., M.B.A., Ph.D. Rochester

President of The University and Commissioner of Education
Richard P. Mills

Chief Operating Officer
Richard H. Cate

## III. Strong Graduate Education to Meet the State's Needs

A. *Regents Priority: Meeting New York's Needs. The Regents will advocate that our colleges and universities, and the State and Federal governments, strengthen graduate education and State and Federal support for graduate students. Institutions are asked to identify the emerging areas of scholarship for which they will need faculty, their needs for new faculty to replace those departing or retiring, and the extent of their need for faculty reflecting the diversity of New York's student body.*

Graduate education helps prepare scholars to conduct research and educate other professionals. Of New York's 261 colleges and universities, 134 (51.3 percent) offer 8,171 programs leading to master's and doctoral degrees or advanced certificates. This year, they are preparing 185,509 full- and part-time graduate students (17.0 percent of all New York college and university students).

Of the $704 million in need-based and merit-based aid that New York State provided to students through the Higher Education Services Corporation in 2001-02, $4.7 million (0.7 percent) was awarded to graduate students, according to the National Association of State Student Grant and Aid Programs' annual survey.

In the fall of 2001, New York's colleges and universities had 91,254 faculty members, of whom 45,040 (49.4 percent) were full-time and 46,214 (50.6 percent) were part-time. In 1995-96, there had been 91,557 faculty, 52.1 percent of whom (47,716) had been full-time and 47.9 percent (43,841), part-time. During this period (1195-96 and the fall of 2001), the total number of faculty was almost unchanged. The number of full-time faculty declined by 5.6 percent and the number of part-time faculty increased by 5.4 percent.

Academe needs new scholars in all areas. Large numbers of faculty are expected to retire in the next decade, as nearly one-third of full-time faculty, nationwide, is 55 or older. The lack of scholars can seriously jeopardize New York's ability to conduct needed research; prepare teachers in such critical areas as mathematics, the sciences, special education, and bilingual education; and contribute to national security.

A gap exists between the representation of members of racial/ethnic groups among faculty and their representation among students. Nearly 25 percent of the student body in New York is Black, Hispanic, or Native American; however, only 8.4 percent of full-time faculty is from those racial/ethnic groups. A gap also exists by gender; while nearly 60 percent of all college students are women, more than 60 percent of all full-time faculty are men.

There also is a gap between the rates at which students of different racial/ethnic groups earn undergraduate and graduate degrees. In 2000-01, Black, Hispanic, and Native American students earned 27.3 percent of all the baccalaureate degrees conferred in New York; however, they received only 10.2 percent of the doctorates conferred.

Statewide, New York's colleges and universities offer 1,087 programs leading to doctoral degrees, of which 847 are research-oriented programs leading to Ph.D. degrees. In 2000-01, those institutions conferred 3,606 doctorates to their students, who participate in a national and international employment market. These were 8.4 percent fewer doctorates than were granted in 1995-96. Most of the doctorates conferred in 2000-01 were in only five program areas: the Biological Sciences/Life Sciences, Psychology, the Social Sciences and History, Education, and Engineering. These five categories accounted for 59 percent of that year's doctoral degrees.

**Chart 17**

More women than men earn master's degrees in NY. Almost as many women as men earn doctorates.




Source: NCES IPEDS Federal Survey C