```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ROY DEN HOLLENDER, on behalf        :
of himself and all others
similarly situated,                 :

                Plaintiff,          :    10 Civ. 9277 (LTS)(HBP)

     -against-                      :    ORDER

MEMBERS OF THE BOARD OF REGENTS     :
OF THE UNIVERSITY OF THE STATE
OF NEW YORK, in their official      :
capacities, et al.,
                                    :
                Defendants.
                                    :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/11

PITMAN, United States Magistrate Judge:

The United States Department of Education and the Secretary of Education (the "Federal Defendants") have filed a letter motion seeking the dismissal of the complaint. Although I am ordinarily loathe to entertain dispositive motions that are made by letter, see generally Peart v. City of New York, 992 F.2d 458, 463 (2d Cir. 1993), I am willing resolve the motion on the basis of the submissions currently before me if plaintiff agrees that a formal motion is not necessary.

Accordingly, no later than April 15, 2011, plaintiff is to inform my chambers in writing whether he consents to my considering the Federal Defendants' motion to dismiss on the

basis of the letter briefs alone. If plaintiff fails to respond by April 15, 2011, I shall deem his silence to constitute consent.

Dated:  New York, New York
        April 4, 2011

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Roy Den Hollander, Esq.
545 East 14th Street
New York, New York  10009

Clement J. Colucci, III, Esq.
Assistant Attorney General
State of New York
24th Floor
120 Broadway
New York, New York  10271

Jean-David Barnea, Esq.
Assistant United States Attorney
Southern District of New York
3rd Floor
86 Chambers Street
New York, New York  10007